20961.   GIBSON ART CO. v. OXFORD, State Revenue Commissioner.

Candler, Justice. This case is controlled by the decision in *Owens-Illinois Glass Co. v. Oxford,* 216 Ga. 316 (116 S. E. 2d 293).

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 12, 1960—DECIDED SEPTEMBER 8, 1960—REHEARING DENIED SEPTEMBER 21, 1960 AND OCTOBER 6, 1960.

*Alston, Sibley, Miller, Spann & Shackelford, Francis Shackelford, Smith, Kilpatrick, Cody, Rogers & McClatchey, Louis Regenstein, Jr., George B. Haley, Jr., Spalding, Sibley, Troutman, Meadow & Smith, John Izard, Sutherland, Asbill & Brennan, James H. Wilson, Jr., D. R. Cumming, Jr.,* for plaintiff in error.
*Eugene Cook, Attorney-General, Ben F. Johnson, Jr., Assistant Attorney-General, Robert W. Goodman,* contra.